# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| SIDNEY WILSON | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:24-CV-2117-S-BK |
| | § | |
| VANESSA E. WYCHE, DIRECTOR, | § | |
| NASA JOHNSON SPACE CENTER | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. By separate judgment, this action will be dismissed without prejudice.

**SO ORDERED.**

SIGNED January 7, 2025.

_____
UNITED STATES DISTRICT JUDGE